UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                              San Francisco Division

11

12   WALTER LEE BELL,                          No. 15-cv-4970 LB

13                    Petitioner,              **ORDER TO SHOW CAUSE**

14        v.                                   [Re: ECF Nos. 1, 2]

15   MARTIN D. BITER, Warden,

16                    Respondent.

17   _____/

18

19                              **INTRODUCTION**

20        Walter Lee Bell, an inmate at Kern Valley State Prison, filed this *pro se* action seeking a writ of

21   habeas corpus pursuant to 28 U.S.C. § 2254.  His petition is now before the court for review

22   pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United

23   States District Courts.  He has consented to proceed before a magistrate judge.  (ECF No. 1-1 at 4.)[1]

24   This order requires the respondent to file a response to the petition.

25

26

27   _____

28        [1]Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page
     numbers at the tops of the documents.

     15-cv-4970 LB
     ORDER

1

**STATEMENT**

2      Following a jury trial in Contra Costa County, Mr. Bell was convicted of special circumstances

3   murder and sentenced to life in prison without the possibility of parole.  (*See* ECF No. 1 at 1-2.)  Mr.

4   Bell appealed.  His conviction was affirmed by the California Court of Appeal in 2014, and his

5   petition for review was denied by the California Supreme Court in 2015.  (*Id.* at 3.)  He then filed

6   this action.

7

**ANALYSIS**

8      This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody

9   pursuant to the judgment of a State court only on the ground that he is in custody in violation of the

10   Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); *Rose v. Hodges*, 423

11   U.S. 19, 21 (1975).  A district court shall "award the writ or issue an order directing the respondent

12   to show cause why the writ should not be granted, unless it appears from the application that the

13   applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

14      In his federal petition for writ of habeas corpus, Mr. Bell asserts the following three claims.

15   First, he contends that he was denied due process when the trial court excluded "his recorded

16   statement to Emily to rebut her false testimony and to corroborate his own testimony."  (ECF No. 1

17   at 5.)  Second, he contends that he was denied due process and his right to present a defense "by the

18   trial court's erroneous exclusion of evidence of third party culpability regarding Aaron Marks."

19   (*Id.*)  Third, he alleges that he was denied due process and his right to a public trial "by the court's

20   exclusion of his family members during Devin McCalope's testimony."  (*Id.*)  Liberally construed,

21   the claims appear to be cognizable in a federal habeas action and warrant a response from the

22   respondent.

23

**CONCLUSION**

24      For the foregoing reasons,

25      1.   The petition warrants a response.

26      2.   The clerk shall serve by mail a copy of this order, the petition and all attachments thereto

27   upon the respondent and the respondent's attorney, the Attorney General of the State of California.

28   The clerk shall also serve a copy of this order on the petitioner.

UNITED STATES DISTRICT COURT
For the Northern District of California

3.   The clerk also shall serve a copy of the "consent or declination to magistrate judge jurisdiction" form upon the respondent and the respondent's attorney, the Attorney General of the State of California.

4.   The respondent must file and serve upon the petitioner, on or before **February 8, 2016**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  The respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

5.   If the petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on the respondent on or before **March 4, 2016**.

6.   The petitioner is responsible for prosecuting this case.  The petitioner must promptly keep the court informed of any change of address and must comply with orders in a timely fashion.  The petitioner is cautioned that he must include the case name and case number for this case on the first page of any document he submits to the court for consideration in this case.

7.   The petitioner's application to proceed *in forma pauperis* is GRANTED.  (ECF No. 2.)

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

15-cv-4970 LB
ORDER                                        3